1  TEAGUE P. PATERSON, SBN 226659
   SUSAN K. GAREA, SBN 260407
2  **BEESON, TAYER & BODINE, APC**
3  483 Ninth Street, 2nd Floor
   Oakland, CA 94607
4  Telephone:   (510) 625-9700
   Facsimile:   (510) 625-8275
5  Email:       SGarea@beesontayer.com

6  Attorneys for Defendants
7  TEAMSTERS LOCALS 890 & 912

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN FRANCISCO

| GRANITE ROCK COMPANY, | Case No. CV-12-2974 MEJ |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| TEAMSTERS UNION LOCAL NO. 890 and TEAMSTERS UNION LOCAL NO. 912, | |
| Defendants. | |

Pursuant to Local Rule 7.12, the parties to the above-captioned action, by and through their undersigned counsel, hereby stipulate and respectfully request the Court to continue the Case Management Conference, currently set for Thursday, September 13, 2012, to Thursday, October 4, 2012 at 10:00 a.m. The parties further stipulate to file a Joint Case Management Statement by September 27, 2012. In the event the Court denies this request, the parties are prepared to file the Joint Case Management Conference Statement immediately thereafter.

//

//

//

//

---

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
Case No. CV-12-2974 MEJ

1

287107.doc

1  The parties contend that there is good cause for this request. Defendants have filed a motion
2  to dismiss this action pursuant to 12(b)(6) that is scheduled to be heard on October 4, 2012. The
3  parties make this request in the interest of judicial economy and in the interest of conserving the legal
4  fees and costs of the parties and avoiding any unnecessary expenditures.

Dated: September 6, 2012                    BEESON, TAYER & BODINE, APC


                                            By:  /s/ Susan K. Garea
                                                TEAGUE P. PATERSON
                                                SUSAN K. GAREA
                                            Attorneys for Defendants Teamsters Locals 890
                                            & 912

Dated: September 6, 2012                    LITTLER MENDELSON, P.C.


                                            By:  /s/ Emily E. O'Connor
                                                ALAN S. LEVINS
                                                EMILY E. O'CONNOR
                                            Attorneys for Plaintiff Granite Rock Company


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


Dated: __September 6____, 2012              _____
                                            MARIA-ELENA JAMES
                                            Chief Magistrate Judge, United States District
                                            Court, Northern District of California