1  TEAGUE P. PATERSON, SBN 226659
   SUSAN K. GAREA, SBN 260407
2  **BEESON, TAYER & BODINE, APC**
3  483 Ninth Street, 2nd Floor
   Oakland, CA 94607
4  Telephone:    (510) 625-9700
   Facsimile:    (510) 625-8275
5  Email:        SGarea@beesontayer.com

6  Attorneys for Defendants
7  TEAMSTERS LOCALS 890 & 912

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AT SAN FRANCISCO

| GRANITE ROCK COMPANY, | Case No. CV-12-2974 MEJ |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED]~~ **ORDER** |
| v. | |
| TEAMSTERS UNION LOCAL NO. 890 and TEAMSTERS UNION LOCAL NO. 912, | |
| Defendants. | |

   Pursuant to Local Rule 7.12, the parties to the above-captioned action, by and through their undersigned counsel, hereby stipulate and respectfully request the Court to continue the Case Management Conference, currently set for Thursday, September 13, 2012, to Thursday, October 4, 2012 at 10:00 a.m. The parties further stipulate to file a Joint Case Management Statement by September 27, 2012. In the event the Court denies this request, the parties are prepared to file the Joint Case Management Conference Statement immediately thereafter.

//
//
//
//

---

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
Case No. CV-12-2974 MEJ

1

287107.doc

1  The parties contend that there is good cause for this request. Defendants have filed a motion to dismiss this action pursuant to 12(b)(6) that is scheduled to be heard on October 4, 2012. The parties make this request in the interest of judicial economy and in the interest of conserving the legal fees and costs of the parties and avoiding any unnecessary expenditures.

Dated:  September 6, 2012                      BEESON, TAYER & BODINE, APC


By:  /s/ Susan K. Garea
     TEAGUE P. PATERSON
     SUSAN K. GAREA
Attorneys for Defendants Teamsters Locals 890 & 912

Dated:  September 6, 2012                      LITTLER MENDELSON, P.C.


By:  /s/ Emily E. O'Connor
     ALAN S. LEVINS
     EMILY E. O'CONNOR
Attorneys for Plaintiff Granite Rock Company


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


Dated:  __September 6____, 2012

_____
MARIA-ELENA JAMES
Chief Magistrate Judge, United States District Court, Northern District of California

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
Case No. CV-12-2974 MEJ

287107.doc